IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-CR-206–MOC-DSC

UNITED STATES OF AMERICA

v.

(1) PIERRE YVELT ALMONOR
(3) UGO ERNEST UZOMBA

**ORDER TO PARTIALLY UNSEAL THE CASE**

The United States has moved to partially this case as to defendants (1) PIERRE YVELT ALMONOR and (3) UGO ERNEST UZOMBA. For the reasons stated in the Motion, the Motion is hereby GRANTED.

IT IS THEREFORE ORDERED that this case is partially unsealed as to (1) PIERRE YVELT ALMONOR and (3) UGO ERNEST UZOMBA.

IT IS FURTHER ORDERED that this case is otherwise sealed until further order of this Court.

**SO ORDERED**.

Signed: January 8, 2020

David S. Cayer
United States Magistrate Judge