# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:18-cr-206-MOC-DSC-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Vs. | ) ORDER<br>) |
| PIERRE YVELT ALMONOR, | )<br>) |
| Defendant. | ) |

**THIS MATTER** is before the court on the Defendant's Unopposed Motion to Declare Case Complex and Request a Peremptory Trial Setting. (Doc. No. 42). Having considered the motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS ORDERED** that the Government's Unopposed Motion to Declare the Case Complex (Doc. No. 42) is **GRANTED**. The Motion for a Peremptory Trial Setting (Doc. No. 42) is **GRANTED in part**, so the case will be continued to a criminal term after October 1, 2021.

The Clerk of Court is instructed to declare the case complex and continue the case for a trial date to be set for an available criminal term following October 1, 2021.

Signed: May 4, 2021

Max O. Cogburn Jr.
United States District Judge