UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-206-MOC-DSC-1

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) ) ) ) |
| Vs. | ) ORDER ) |
| **PIERRE YVELT ALMONOR**, | ) ) |
| Defendant. | ) ) |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Counts One and Two of the Bill of Indictment. (Doc. No. 70).

Upon consideration of the Motion, it is hereby **ORDERED** that the Government's Motion to Dismiss Counts One and Two of the Bill of Indictment is **GRANTED**.

Signed: May 6, 2022

Max O. Cogburn Jr.
United States District Judge