UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-206-MOC-DSC-1

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **PIERRE YVELT ALMONOR**, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's motion for continued release pending appeal. (Doc. No. 130). Having reviewed the motion, the Court finds that a response from the Government is needed to fully consider its merits. Therefore, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Government **SHALL RESPOND** to Defendant's motion no later than February 21, 2024.

Max O. Cogburn Jr
United States District Judge