UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-CR-00206-MOC-SCR

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **PIERRE YVELT ALMONOR,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's unopposed motion for copies of non-public docket for appellate purposes. (Doc. No. 157). Having considered Defendant's motion and reviewed the pleadings, the Court enters the following order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Defendant's motion (Doc. No. 157) is **GRANTED**. The Clerk's Office **SHALL** provide copies of the complete, non-public docket sheet to counsel for Defendant Almonor and counsel for the Government.

Signed: August 5, 2024

Max O. Cogburn Jr
United States District Judge

1